IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | | |
|---|---|---|
| R.J.E. KENSTING, | | |
| | Plaintiff, | ORDER |
| v. | | |
| W.A. SCHROEDER, | | 16-cv-771-jdp |
| | Defendant. | |

---

In a December 22, 2016 order, I dismissed plaintiff R.J.E. Kensting's complaint for failure to comply with Federal Rule of Civil Procedure 8. Dkt. 15. I gave Kensting until January 12, 2017, to submit a proposed amended complaint addressing the deficiencies explained in the December 22 order. In addition, I warned Kensting that a failure to respond to the court's order would result in dismissal of this case for lack of subject matter jurisdiction. It is now past Kensting's January 12 deadline, and Kensting has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED for lack of subject matter jurisdiction. The clerk of court is directed enter judgment in favor of defendant and close this case.

Entered January 24, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge