IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

R.J.E. KENSTING,

    Plaintiff,

v.

W.A. SCHROEDER,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-771-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for lack of subject matter jurisdiction.

/s/                                                                                   1/24/2017

Peter Oppeneer, Clerk of Court                                  Date